UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. 08 MJ 1425 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326; |
| **Miguel Angel ARAUJO-Gonzalez** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about, **November 29, 2007**, within the Southern District of California, defendant, **Miguel Angel ARAUJO-Gonzalez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Gregory M. Harrison, Deportation Officer,
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **06th** DAY OF **May 2008**.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: ARAUJO-Gonzalez, Miguel Angel

## PROBABLE CAUSE STATEMENT

On Thursday, November 29, 2007, the defendant identified as Miguel Angel ARAUJO-Gonzalez was arrested by the San Diego Police Department for burglary and booked into county jail. While in the custody of county jail, an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release. On Monday, May 05, 2008, at approximately 8:30 a.m. the defendant was referred to the custody of Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks confirming the defendant to be a citizen of Mexico having been previously removed from the United States on at least five occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on or about July 03, 1997 and removed to Mexico via the Calexico Port of Entry and most recently on or about April 21, 2005 and removed to Mexico via the San Ysidro Port of Entry. Record checks further revealed that the defendant was issued a re-instatement of removal on three occasions and the most recent being on or about March 01, 2002 and removed to Mexico via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Miguel Angel ARAUJO-Gonzalez a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

Based upon the foregoing information, there is probable cause to believe that Miguel Angel ARAUJO-Gonzalez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.